HANSON BRIDGETT LLP
ROBERT A. McFARLANE, SBN 172650
rmcfarlane@hansonbridgett.com
ROSANNA W. GAN, SBN 325145
rgan@hansonbridgett.com
ESTHER YAE SHIN, SBN 324049
eshin@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
NEXTLABS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATIVE TECHNOLOGY SYSTEMS, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>NEXTLABS, INC.,<br><br>           Defendant. | Case No. 3:21-CV-8505-YGR<br><br>**DEFENDANT NEXTLABS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:     February 22, 2022<br>Time:    2:00 P.M.<br>Dept:    Courtroom 1, 4th Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 22, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 1, 4th Floor of the above-entitled Court, the Honorable Yvonne Gonzalez Rogers presiding, Defendant NextLabs, Inc. ("Defendant" or "NextLabs") will and hereby does move for dismissal with prejudice of Informative Technology Systems, LLC's ("Plaintiff" or "ITS") Complaint (Dkt. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that ITS's Complaint fails to state a claim upon which relief can be granted, because asserted Claim 12 of U.S. Patent No. 8,156,151 (the "'151 Patent") is invalid under 35 U.S.C. § 101 and because the Complaint fails sufficiently to plead infringement of each limitation of asserted Claim 12.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support Thereof, the pleadings and papers filed herein, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED:  January 13, 2022                    HANSON BRIDGETT LLP

By:     */s/ Robert A. McFarlane*
      ROBERT A. McFARLANE
      ROSANNA W. GAN
      ESTHER YAE SHIN
      Attorneys for Defendant
      NEXTLABS, INC.